# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| | |
|---|---|
| **ROBERT FRANKLIN LESTER,** | |
| Plaintiff, | Case No. 1:21CV00036 |
| v. | **ORDER** |
| **KILOLO KIJAKAZI,** **ACTING COMMISSIONER OF SOCIAL SECURITY,** | By:  James P. Jones United States District Judge |
| Defendant. | |

It appearing that no objections have been timely filed to the Report filed August 5, 2021, setting forth the findings and recommendations of the magistrate judge, it is **ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The Motion for Leave to Proceed in Forma Pauperis, ECF No. 1, is DENIED; and

3. The action is DISMISSED without prejudice.

ENTER:  August 26, 2021

/s/ JAMES P. JONES
United States District Judge