IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| **ROBERT FRANKLIN LESTER,** | ) | |
| Plaintiff, | ) ) | Case No. 1:21CV00036 |
| v. | ) ) ) | **JUDGMENT** |
| **KILOLO KIJAKAZI,** **ACTING COMMISSIONER** **OF SOCIAL SECURITY,** | ) ) ) ) | By: James P. Jones United States District Judge |
| Defendant. | ) ) | |

For the reasons stated in the Order accompanying this Judgment, it is **ORDERED** that this action is DISMISSED without prejudice.

The Clerk shall close the case.

ENTER: August 26, 2021

/s/ JAMES P. JONES
United States District Judge