IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| **ROBERT FRANKLIN LESTER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:21CV00036 |
| ) | |
| **KILOLO KIJAKAZI, ACTING** ) | |
| **COMMISSIONER OF SOCIAL** ) | |
| **SECURITY,** ) | |
| ) | |
| Defendant. ) | |

**ORDER AWARDING FEES UNDER
EQUAL ACCESS TO JUSTICE ACT**

For the reasons set forth in the accompanying Opinion, it is **ORDERED** as follow:

1. Plaintiff's Motion for Attorney's Fees, EFC No. 39, as amended, ECF No. 40, is GRANTED;

2. Plaintiff is awarded attorney's fees in the amount of $9,707.57 (Fee Award);

3. If plaintiff has federal debt registered with the Department of Treasury that may be offset by the Fee Award, such amount of the Fee Award as is necessary to satisfy plaintiff's federal debt shall be so used, up to and including the entire amount of the Fee Award; and

4. If the Social Security Administration waives application of the Anti-Assignment Act, the Fee Award shall be paid to the attorney for plaintiff. Otherwise, it shall be paid to plaintiff in care of plaintiff's attorney, Hugh F. O'Donnell, at his business address.

ENTER: July 20, 2023

/s/  JAMES P. JONES
Senior United States District Judge